**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cheryl L. Burmylo,<br><br>                             *Debtor*. | Case No. 23-13548-djb<br>Chapter 13 |

**Order Setting Expedited Hearing**
**on Debtor's Motion to Approve Sale of Real Property**

      **AND NOW**, upon consideration of the Motion to Approve Sale of Real Property filed by Debtor Cheryl L. Burmylo at ECF No. 61 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **June 26, 2025, at 11:00 a.m.** (the "Hearing"). The Hearing will be conducted in the following formats:

   ☒     Video Conference on: zoomgov.com with Join Meeting ID: 161 0657 4791

   ☒     In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

3. The Hearing on this Motion will be an evidentiary hearing.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on June 18, 2025. Service made to each party identified above through the court's CM/ECF system is effective.

6. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on June 18, 2025.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:   June 17, 2025

                                                                  Derek J. Baker
                                                                   U.S. Bankruptcy Judge