# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Cheryl Burmylo                :        Chapter 13
                                            :
                        Debtor(s).          :        Bankruptcy No.  23-13548

## PRAECIPE TO WITHDRAW PROOF OF CLAIM #9
## OF THE BOROUGH OF CLIFTON HEIGHTS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #9 of the Borough of Clifton Heights.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:  */s/ James R. Wood, Esquire*
     James R. Wood, Esquire
     2700 Horizon Drive, Suite 100
     King of Prussia, PA  19406
     (484) 690-9341

Dated:  August 14, 2025

19-50182-0